CHAD A. READLER
Acting Assistant Attorney General
BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
ERICA BLACHMAN HITCHINGS (CABN 308914)
Assistant United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile:  (415) 436-6927
    E-mail: kimberly.friday@usdoj.gov

MICHAEL D. GRANSTON
ANDY MAO
MICHAEL KASS
Attorneys, Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-1750
Facsimile:  (202) 616-3085

Attorneys for the United States of America

FILED
JUN 12 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. TERRI L. WEST,<br><br>    Plaintiff and Relator,<br><br>v.<br><br>SKILLED HEALTHCARE GROUP, INC., et al.<br>    Defendants. | CASE NO. C 11-02658 EDL<br><br>**NOTICE OF INTERVENTION IN PART FOR PURPOSES OF SETTLEMENT AND DECLINATION IN PART, AND REQUEST TO UNSEAL;**<br>**[PROPOSED] ORDER TO UNSEAL**<br><br>**FILED UNDER SEAL** |

    The United States, Relator, and Defendants have entered into an agreement to resolve certain claims in this action ("Federal Agreement"). In light of this agreement, and for the

NOTICE OF PARTIAL INTERVENTION, REQUEST TO UNSEAL & [PROPOSED] ORDER TO UNSEAL
Case No. C 11-02658 EDL      1

purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part for the purposes of settlement.

1. Specifically, the United States intervenes in this action with respect to civil claims predicated upon the following factual allegations (the "Covered Conduct"):

> The United States alleges that from January 1, 2005 through December 31, 2013, Skilled Healthcare Group, Inc., Skilled Healthcare and/or Hallmark Rehabilitation GP, LLC, knowingly submitted or caused to be submitted false claims to Medicare, TRICARE, and Medicaid at [Skilled Healthcare facilities listed in the Federal Agreement] by: (1) fraudulently assigning a higher Resource Utilization Group (RUG) level than necessary to patients, (2) providing therapy to patients longer than medically necessary, and/or (3) billing for more therapy minutes than the patients actually received. This covered conduct is limited to patients who spent at least 30 days in the [Skilled Healthcare facilities listed in the Federal Agreement] and who, during those stays, were classified at the Ultra High RUG level for at least 65% of their rehabilitation time.

The Skilled Healthcare facilities listed in the Federal Agreement are:

| Facility Name | Address |
| --- | --- |
| Albuquerque Heights Healthcare and Rehabilitation Center | 103 Hospital Loop NE Albuquerque, NM 87109 |
| Baldwin Healthcare and Rehabilitation Center | 1223 Orchard Lane Baldwin City, KS 66006 |
| Bay Crest Care Center | 3750 Garnet Street Torrance, CA 90503 |
| Belen Meadows Healthcare & Rehabilitation Center | 1831 Camino Del Llano Belen, NM 87002 |
| Blue River Rehabilitation Center | 10425 Chestnut Avenue Kansas City, MO 64137 |
| Cameron Nursing and Rehabilitation Center | 801 Euclid Avenue Cameron, MO 64429 |
| Canyon Transitional Rehabilitation Center | 10101 Lagrima de Oro NE Albuquerque, NM 87111 |
| Carmel Hills Healthcare and Rehabilitation Center | 810 E. Walnut Street Independence, MO 64050 |
| Clovis Healthcare and Rehabilitation Center | 1201 N. Norris Street Clovis, NM 88101 |
| Colonial Manor Care Center | 821 U.S. Highway 81 West New Braunfels, TX 78310 |
| Fountain View Subacute and Nursing Center | 5310 Fountain Avenue Los Angeles, CA 90029 |
| Hancock Park Rehabilitation Center | 505 North La Brea Avenue Los Angeles, CA 90036 |

| | | |
|---|---|---|
| 1 | Heritage Oaks Nursing and Rehabilitation Center | 5301 University Avenue<br>Lubbock, TX 79413 |
| 2 | Highland Healthcare and Rehabilitation Center | 402 South Avenue<br>Highland, KS 66035 |
| 3 | Holmesdale Healthcare and Rehabilitation Center | 8033 Holmes Road<br>Kansas City, MO 64131 |
| 4 | Liberty Terrace Healthcare and Rehabilitation Center | 2201 Glen Hendren Drive<br>Liberty, MO 64068 |
| 5 | Louisberg Healthcare and Rehabilitation Center | 1200 South Broadway<br>Louisburg, KS 66053 |
| 6 | Lubbock Hospitality Nursing and Rehabilitation Center | 4710 Slide Road<br>Lubbock, TX 79414 |
| 7 | Richmond Healthcare and Rehabilitation Center | 340 East South Street<br>Richmond, KS 66080 |
| 8 | Rossville Healthcare and Rehabilitation Center | 600 East Perry Street<br>Rossville, KS 66533 |
| 9 | Royalwood Convalescent Hospital | 22520 Maple Avenue<br>Torrance, CA 90505 |
| 10 | Sandpiper Healthcare and Rehabilitation Center | 5808 West 8th Street<br>Wichita, KS 67212 |
| 11 | Sharon Care Center | 8167 West 3rd Street<br>Los Angeles CA 90048 |
| 12 | Shawnee Gardens Healthcare and Rehabilitation Center | 6416 Long Street<br>Shawnee, KS 66216 |
| 13 | Skies Healthcare and Rehabilitation Center | 9150 McMahon Blvd., NW<br>Albuquerque, NM 87114 |
| 14 | St. Anthony Healthcare and Rehabilitation Center | 1400 West 21st Street<br>Clovis, NM 88101 |
| 15 | St. Catherine Healthcare and Rehabilitation Center | 5123 Juan Tabo Boulevard., NE Albuquerque, NM 87111 |
| 16 | St. John Healthcare and Rehabilitation Center | 2216 Lester Drive NE<br>Albuquerque, NM 87112 |
| 17 | St. Mary Healthcare and Rehabilitation Center | 800 East Rusholme Street<br>Davenport, IA 52803 |
| 18 | St. Theresa Healthcare and Rehabilitation Center | 7900 Constitution Ave. NE<br>Albuquerque, NM 87110 |
| 19 | The Earlwood | 20820 Earl Street<br>Torrance, CA 90503 |
| 20 | The Rehabilitation Center of Albuquerque | 5900 Forest Hills Drive NE<br>Albuquerque, NM 87109 |
| 21 | The Rehabilitation Center of Des Moines | 701 Riverview Street<br>Des Moines, IA 50316 |

NOTICE OF PARTIAL INTERVENTION, REQUEST TO UNSEAL & [PROPOSED] ORDER TO UNSEAL
Case No. C 11-02658 EDL                     3

| | |
|---|---|
| The Rehabilitation Center of Independence | 1800 South Swope Drive<br>Independence, MO 64057 |
| The Rehabilitation Center of Omaha | 910 South 40th Street<br>Omaha, NE 68105 |
| The Rehabilitation Center of Raymore | 600 East Sunrise Drive<br>Raymore, MO 64083 |
| The Woodlands Healthcare Center | 4650 South Panther Creek Drive<br>The Woodlands, TX 77382 |
| Wathena Healthcare and Rehabilitation Center | 6416 Long Street<br>Shawnee, KS 66216 |
| Willow Creek Healthcare Center | 650 West Alluvial Avenue<br>Clovis, CA 93611 |
| Woodland Care Center, LLC | 7120 Corbin Avenue<br>Reseda, CA 91335 |
| Valley Health Care Center | 4840 East Tulare Avenue<br>Fresno, CA 93727 |
| Villa Maria Health Care Center | 425 Barcellus Avenue<br>Santa Maria, CA 93454 |

2. The United States declines intervention with respect to all other claims alleged in this action apart from those based upon the Covered Conduct.[1]

3. The State of California and Defendants have reached an agreement in principle but need additional time to obtain the necessary approvals to enter into the proposed settlement ("State Agreement").

4. Under the terms of the Federal Agreement, the United States and Relator are obligated to promptly sign and file a Stipulation of Dismissal of this action following the receipt of the initial payment of the settlement amount. The parties have agreed that the Stipulation of Dismissal may be delayed until the execution of the State Agreement or August 11, 2017, whichever comes earlier.

5. Finally, the United States requests that the Court unseal: (1) Relator's Complaint; (2) the summons; (3) the scheduling order; (4) this Notice of Election to Intervention in Part for

---

[1] We presently anticipate that Relator will dismiss any declined claims after the State Agreement is complete and executed.

NOTICE OF PARTIAL INTERVENTION, REQUEST TO UNSEAL & [PROPOSED] ORDER TO UNSEAL
Case No. C 11-02658 EDL                     4